UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In the Matter of

FREDERICK M. OBERLANDER,
*an Attorney and Counselor-at-Law,*
              Respondent.

ORDER

1:16-mc-02637-AMD

-------------------------------------------------X

    This Order confirms the appointment, *nunc pro tunc* to June 2, 2016, of James Wicks to investigate allegations against the respondent, advise the Committee on Grievances whether prosecution of a disciplinary action is required, and, if directed, prosecute grievance proceedings on behalf of the Committee.

    The file in this matter will remain under seal until further order of this Court.

    SO ORDERED.

Dated: Brooklyn, New York
       May 9, 2018

                                      s/Ann M. Donnelly
                                      _____
                                      Ann M. Donnelly, USDJ
                                      Chair of the Committee on Grievances, E.D.N.Y.