UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In The Matter Of,                                                                      Docket No.  16-MC-2636

FREDERICK M. OBERLADER, an attorney                      **ORDER TO SHOW CAUSE FOR**
admitted to practice before this Court,                              **PRELIMINARY INJUNCTION,**
                                                                                                **TEMPORARY RESTRAINING**
      Respondent.                                              **ORDER, OR STAY**

----------------------------------------------------------X

  Upon Respondent Movant's August 29, 2018 Declaration and Memorandum of Law, it is

  **ORDERED,** that the Eastern District Grievance Committee, show cause before a motion term of this Court, at Room ___, Brooklyn Courthouse, 225 Cadman Plaza East, in Brooklyn, Kings County, New York on _____, 2018 at ____ o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to FRCP 62 staying enforcement of the August 13, 2018 order of this court, which among other things suspended Respondent Petitioner from the practice of law as of September 1, 2018; and it is further

  **ORDERED,** that, sufficient reason having been shown therefor, pending further hearing of this application for a stay, pursuant to FRCP 60, the aforesaid August 13, 2018 order of this court, is immediately temporarily stayed; and it is further

  **ORDERED** that service of a copy of this Order and annexed affidavit upon the Eastern District Grievance Committee or their counsel on or before ____ o'clock of _____, 2018 by facsimile and email to the Hon. Ann Donnelly shall be deemed good and sufficient.

Dated: Brooklyn, New York
   August ___, 2018

                _____
                United States District Judge