# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                          :
                                          :
                                          :   Request for Clarification of
In re: Frederick M. Oberlander, Esq.      :   Application of FRCP 54
                                          :
                                          :   District Court Docket N.
                                          :   16-MC-2637
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

      A few years ago Richard Lerner moved to unseal documents on his docket, to which as far as necessary I consented and obtained the consent (or failure to object) of my client non-party Jody Kriss re certain documents or portions thereof.

      I followed a year later, after the Second Circuit remanded Lerner's appeal for unsealing and clarifying Rule 54. It remanded mine, too; the last entry on my docket says so, with a provision that either party may restore the case to the Circuit by notice to them within 60 days of entry of an order resolving unsealing.

      Nothing in the Your Honor's Order of May 9, 2023, on Mr. Lerner's docket sets forth the Court's resolution of my motion. Right now, I am less concerned with whatever, if any, aspects of it request unsealing of material not covered by his motion, but because I am scheduled for (lung) cancer surgery in four days I would like to make sure the Court and Second Circuit don't get mad at me. Consequently, would your Honor please docket your confirmation (*vel non*) that the Rule 54 denial applies to me as well so I don't have to send the case back to the Second Circuit to preserve timing and generate work that is or would be presumably but not clearly a waste of time.

      Thank you,

      /s/ Frederick M. Oberlander